UNITED STATES DISTRICT COURT
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR - 3 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

**BENCH TRIAL:** 4/1/09

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>     Plaintiff, ) <br> v. ) <br> ) <br> JAMES HOLDEN, ) <br>     Defendant. ) <br> _____) | Case No.  PO-08-006-CI <br><br> **JUDGMENT IN A CRIMINAL CASE** |

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR 4.23(a)(1) | Driving Under the Influence | 11/11/08 | 1 |

**The Court found Defendant Guilty on Count 1.**

The Court found that Defendant has no criminal history and sentenced Defendant as follows:

COUNT 1: $100:  $250 Fine - $150 is SUSPENDED if defendant performs 25 hours of community service and attend alcohol evaluation class.  Proof of completion to be provided to the Court within 6 months from the date of sentencing.

_April 1, 2009_
Date of Imposition of Judgment

_[signature]_
Signature of Judicial Officer

Honorable Cynthia Imbrogno,
U.S. Magistrate Judge

_April 3, 2009_
Date Signed